UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL NAVA,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 5:17-cv-01595-FMO (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the cross-motions for summary judgment, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. No party has filed any written objection to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this matter with prejudice.

Dated: May 24, 2018

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge