JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DANIEL NAVA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:17-cv-01595-FMO (JDE) <br><br> JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: May 24, 2018

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge